AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:26-CR- 153-KDB |
| SYED HASSAAN ALAM | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SYED HASSAAN ALAM                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 2244(b) - Abusive sexual contact
  18 U.S.C. § 2244(a)(3) - Abusive sexual contact with a minor

Date:  7/21/26

_____
*Issuing officer's signature*

City and state:    Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  28Jul26 , and the person was arrested on *(date)*  28JUL26  at *(city and state)*  Dulles Airport, VA . |
| Date: 29Jul26 |
| _____ *Arresting officer's signature* |
| Mar A Esposito, Special Agent *Printed name and title* |